UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Reggie Williams,

    Plaintiff,

vs                                                 Case No: 02-74530
                                                   Honorable Victoria A. Roberts

Douglas Wells,

    Defendant.
_____/

## **JUDGMENT**

Consistent with the Court's Order and Opinion filed on March 29, 2006;

  **IT IS ORDERED** that Judgment is entered in favor of Plaintiff in the amount of $20,000.00.

Dated at Detroit, Michigan on March 29, 2006 .

                                                            David J. Weaver
                                                            Clerk of the Court

Approved:

                                                             BY: /s/ Linda Vertriest

**/s/ Victoria A. Roberts**
Victoria A. Roberts
United States District Judge